

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00017-CV

IN THE INTEREST OF C.K. AND P.K., CHILDREN

§ On Appeal from 16th District Court

§ of Denton County (2005-10453-16)

§ September 13, 2018

§ Opinion by Justice Pittman

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. We affirm the presiding judge of the Eighth Administrative Judicial Region's order denying Appellant's motion to disqualify the trial judge and the trial court's final judgment in the enforcement proceeding.

It is further ordered that Appellant Matthew K. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
     Justice Mark T. Pittman